# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOSEPH W. HUBER, JR.,

        Petitioner,    :    Case No. 3:11-cv-008

  - vs -                            District Judge Thomas M. Rose
                                          Magistrate Judge Michael R. Merz

WARDEN, Chillicothe Correctional
  Institution,

                                          :

        Respondent.

## ORDER

This habeas corpus case was dismissed voluntarily and without prejudice on May 18, 2011, on Petitioner's Motion because of concerns about exhaustion of state court remedies (Doc. Nos. 6, 7). On June 5, 2013, Petitioner moved to reopen this case because he had exhausted those remedies (Doc. No. 14). Under S. D. Ohio Civ. R. 7.2, Respondent's time to oppose that Motion expired July 1, 2013, and no memorandum contra was filed.

Accordingly, the Motion to Reopen is GRANTED.

July 2, 2013.                                                          *s/THOMAS M. ROSE*

                                                                                      Thomas M. Rose
                                                                      United States District Judge