# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOSEPH W. HUBER, JR.,                    :

        Petitioner,                  :       Case No. 3:11-cv-008

  - vs -                                 :       District Judge Thomas M. Rose
                                                                Magistrate Judge Michael R. Merz

WARDEN, Chillicothe Correctional          :
Institution,
                                          :

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #43), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that Petitioner's Motion for Leave to Appeal *in forma pauperis* and for a Certificate of Appealability (Doc. No. 41) is DENIED.

March 25, 2014                                             *s/Thomas M. Rose

                                                                              Thomas M. Rose
                                                           United States  District Judge