# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOSEPH HUBER, JR., :

        Petitioner,                            Case No. 3:11-cv-8

  - vs -                                      District Judge Thomas M. Rose
                                                    Magistrate Judge Michael R. Merz

WARDEN, Chillicothe Correctional
Institution,

        Respondent. :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #55), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition for Writ of Habeas Corpus be GRANTED on terms that Petitioner be released unless the Second District Court of Appeals reopens his direct appeal and reaffirms his conviction not later than six months from the date of final judgment in this case.

June 26, 2015                                                        *s/Thomas M. Rose

                                                                       Thomas M. Rose
                                                           United States District Judge