# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOSEPH W. HUBER, JR.,

      Petitioner,    :   Case No. 3:11-cv-8

-vs-

          District Judge Thomas M. Rose

TERRY TIBBALS, Warden,    Magistrate Judge Michael R. Merz
London Correctional Institution,

      Respondent.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 60), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is ORDERED that the Writ of Habeas Corpus is dissolved and this case is dismissed for lack of jurisdiction.

February 9, 2016       *s/Thomas M. Rose

          Thomas M. Rose
          United States District Judge